

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| TERRANCE T. GLENN, | | No. 08-14-00092-CV |
|  | § | |
| Appellant, | | Appeal from |
|  | § | |
| v. | | 325th District Court |
|  | § | |
| MONICA GLENN, | | of Tarrant County, Texas |
|  | § | |
| Appellee. | | (TC # 325-481291-10) |
|  | § | |

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order costs be assessed against the party incurring same. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF AUGUST, 2014.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.